ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| CME Group, Inc. | ) ASBCA Nos. 58029, 60041 |
| | ) |
| Under Contract No. FA8650-09-C-6034 | ) |

APPEARANCES FOR THE APPELLANT: John C. Dulske, Esq.
Bryan L. Kost, Esq.
  The Law Offices of Dulske & Gluys, P.C.
  San Antonio, TX

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Phillip E. Reiman, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. These appeals are dismissed with prejudice.

Dated: 1 November 2016

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58029, 60041, Appeals of CME Group, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals